UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DONTE BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA,<br><br>Defendant. | Case No. 21-06928 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __January 14, 2022___

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21.06928Bradford_jud-if-compl